USDC SCAN INDEX SHEET










```
SWD     11/4/04    13:56
3:04-CV-02200   IXPRES.COM V. AMERICAN DIGITAL
*1*
*BAP.*
```

```
                                                    FILED

                                                   NOV 2 2004

                                              CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
                                            BY  SD                  DEPUTY
```

1  Jeffrey D. Schreiber, Esq.    CSBN 149083
   4225 Executive Square
2  Suite 1500
   La Jolla, California  92037
3  Tel.: (877) 749-0000
   Fax  (858) 643-1166
4

5  Attorney for Debtor/Appellant
   IXPRES.COM, Inc.
6

7

8                UNITED STATES BANKRUPTCY COURT
                    Southern District of California
9

10 In re:                      )   Case No. 01-09283-A11
                               )   **'04 CV 2200 JM    (JFS)**
11 IXPRES.COM, INC.            )
                               )   NOTICE OF APPEAL TO UNITED
12           Debtor.           )   STATES DISTRICT COURT
                               )
13 _____ )

14       IXPRES.COM, Inc., the Debtor herein, pursuant to 28 U.S.C. § 158(a), appeals to the United

15 States District Court for the Southern District of California from the final order of the United States

16 Bankruptcy Court for the Southern District of California entered in the above captioned case on

17 September 29, 2004 granting the Emergency Motion For Order Converting Case To Chapter 7 brought

18 by American Digital Network.

19       The parties to the order appealed from and the names, addresses and telephone numbers of

20 their respective attorneys are as follows:

21 IXPRES.COM, Inc., Party                        American Digital Network, Party

22 Attorney for IXPRES.COM, Inc.:                 Attorney for American Digital Network:

23 Jeffrey D. Schreiber, Esq.                     Michael T. O'Halloran, Esq.
   4225 Executive Square, Suite 1500              1010 Second Avenue, Suite 1727
24 La Jolla, CA 92037                             San Diego, CA 92101
   (877) 749-0000                                 (619) 233-1727
25
   DATED:   11 October 2004                       By: _____/s/_____
26                                                    Jeffrey D. Schreiber, Esq., Attorney for the
                                                      Debtor/ Appellant
27                                                    4225 Executive Square, Suite 1500
                                                      La Jolla, CA 92037
28                                                    (877) 749-0000

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620                                                                FAX: (619) 557-5536

# TRANSMITTAL MEMORANDUM

To:  UNITED STATES DISTRICT COURT
     880 Front Street, Suite 4290
     San Diego, California 92101

**'04 CV 2200 JM    (JFS)**

From:                    BARRY K. LANDER, Clerk    District/Office No. 974-3

| CASE NAME | BANKRUPTCY NO. |
|---|---|
| | 01-9283-LA11 |
| | ADVERSARY NO. |
| | |
| IXPRESS.COM, Inc. | APPEAL NO. |
| | 1 |
| | BANKRUPTCY JUDGE |
| | Louise DeCarl Adler |
| | DATE BANKRUPTCY FILED |
| | 9/6/01 |

| DATE OF ENTRY OF APPEALED ORDER: | NOTICE OF APPEAL FILED ON: | FEE PAID: | NOTICE OF REFERRAL TO USDC MAILED ON: |
|---|---|---|---|
| 9/29/04 | 10/12/04 | YES | October 28, 2004 |

DATED: October 28, 2004            Barry K. Lander, Clerk

                                   By: _____, Deputy Clerk
                                       Kurt Herbold

CSD 1252
USDC

CSD 1251 [05/10/00]

**FILED**
NOV 2 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**FILED**
October 28, 2004
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
IXPRESS.COM, Inc.

Debtor.

BANKRUPTCY NO. 01-9283-LA11

IXPRESS.COM, Inc. (Appellant)

Movant(s)

**'04 CV 2200 JM    (JFS)**

v.
American Digital Network (Appellee)

Respondent(s)

BK APPEAL NO. 1
ASSIGNED TO JUDGE Louise DeCarl Adler

## NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT
## COMBINED WITH SERVICE OF NOTICE OF APPEAL

TO:  Jeffrey D. Schreiber, Esq., 4225 Executive Square, Ste. 1500, La Jolla, CA 92037.
     Michael T. O'Halloran, Esq., 1010 Second Ave. Ste. 1727, San Diego, CA 92101.
     United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by IXPRESS.COM, Inc. with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101 or by calling (619) 557-5600.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above-named person(s).

DATED: October 28, 2004          Barry K. Lander, Clerk

                                 By: _____, Deputy Clerk
                                     Kurt Herbold

ORIGINAL

Michael T. O'Halloran (#99085)
Cheryl L. Stengel (#179460)
LAW OFFICE OF MICHAEL T. O'HALLORAN
1010 Second Avenue, Suite 1727
San Diego, CA 92101
Telephone: (619) 233-1727
Facsimile: (619) 233-6526

Counsel for Creditor
American Digital Network



ENTERED 9/29/04
FILED
SEP 28 2004
CLERK U S BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                              ) Case No. 01-09283 A11
                                   )
                                   ) ORDER GRANTING **EMERGENCY** MOTION
                                   ) FOR ORDER CONVERTING CASE
IXPRES.COM, INC. aka               ) TO CHAPTER 7
INTERNET EXPRESS,                  )
                                   )   '04 CV 2200 JM       (JFS)
                                   )
        Reorganized Debtor.        )
_____)

The court has considered the Emergency Motion filed by American Digital Network ("ADN") for an Order Converting this Case to Chapter 7, the supporting declarations and request for judicial notice, and the Memorandum of Points and Authorities submitted in support of the Motion.

Based on good cause appearing in the pleadings and other evidence in the record and finding that proper notice was given,

IT IS ORDERED that:

1.  The Motion is granted. This case is converted to a Chapter 7 liquidation.

2.  The Debtor shall immediately surrender all assets and business records to secured creditors, ADN and

In re IXPRES.COM, INC.; USBC Case No. 01-09283 A11
ORDER GRANTING EMERGENCY MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7

-1-

|   |   | Ameralinx. ADN and Ameralinx shall remain in possession of those assets and records and shall continue the operations of the Debtor under the supervision of a Chapter 7 trustee. |
|---|---|---|

3. The Debtor shall:
   a. Within 15 days of the date of this order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, including the name and address of each creditor, as required by Federal Rule of Bankruptcy Procedure 1019(5)(A);
   b. Within 30 days of the date of this order, file and transmit to the United States Trustee a final report and account, as required by Federal Rule of Bankruptcy Procedure 1019(5)(B);
   c. Within 15 days of the date of this order, file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1019(1)(A) and 1007(b).
4. As this case was converted after the confirmation of the plan of reorganization, within 30 days of the date of this order, the Debtor shall file:
   a. A schedule of all property not listed in the final report and account of the Debtor which was acquired after the commencement of the Chapter 11 case but before the entry of this conversion order;
   b. A schedule of executory contracts and unexpired

In re IXPRES.COM, INC.; USBC Case No. 01-09283 All
ORDER GRANTING EMERGENCY MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7

-2-

leases entered into or assumed after the commencement of the Chapter 11 case but before the entry of this conversion order; and

  c. A schedule of unpaid debts not listed in the final report and account of the Debtor which were incurred after the commencement of the Chapter 11 case but before the entry of this conversion order, as required by Federal Rule of Bankruptcy Procedure 1019(5).

5. This order is effective forthwith. The provisions of B.R. 7062 shall not apply.

Dated: 28 Sept 04

JUDGE, UNITED STATES BANKRUPTCY COURT

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

LAW OFFICE OF MICHAEL T. O'HALLORAN

By: _____
Michael T. O'Halloran
Cheryl L. Stengel
Counsel for American Digital Network

In re IXPRES.COM, INC.; USBC Case No. 01-09283 A11
ORDER GRANTING EMERGENCY MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7

-3-

Appeal, Converted, MiscTick

# U.S. Bankruptcy Court
## Southern District of California (San Diego)
### Bankruptcy Petition #: 01-09283-LA
Internal Use Only

*Assigned to:* Judge Louise DeCarl Adler
Chapter 7
Previous chapter 11
Voluntary
Asset

*Date Filed:* 09/06/2001
*Date Converted:* 09/28/2004

| | | |
|---|---|---|
| **Ixpres.Com, Inc.**<br>8929 Aero Dr., Suite B<br>San Diego, CA 92123<br>Tax id: 33-0742164<br>*Debtor*<br>*aka*<br>**Internet Express** | represented by | **Jeffrey D. Schreiber**<br>Pacific Law Center<br>4225 Executive Square<br>Suite 1550<br>La Jolla, CA 92037<br>(877) 749-0000<br>Fax : (858) 643-1166<br>Email: jschreiber@msn.com<br><br>**Kristin Kerr**<br>Law Offices Of Morgan J.C. Scudi<br>5440 Morehouse Dr., #4400<br>San Diego, CA 92121<br>(858) 558-1001 |
| **Gerald H. Davis**<br>P.O. Box 182037<br>Coronado, CA 92178<br>(619) 522-2949<br>*Trustee* | | |
| **United States Trustee**<br>Office of the U.S. Trustee<br>402 West Broadway, Ste. 600<br>San Diego, CA 92101-5109<br>(619) 557-5013<br>*U. S. Trustee* | represented by | **David A. Ortiz**<br>Office Of The U.S. Trustee<br>402 West Broadway, Suite 600<br>San Diego, CA 92101<br>Email: david.a.ortiz@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/28/2004 | 202 | Order Granting Emergency Motion to Convert Case from Chapter 11 to 7 (Related Doc # 199) signed on 9/28/2004. Incomplete Filings due by 10/13/2004, (related documents [3] Meeting of Creditors Chapter 11) (Li, J.) (Entered: 09/29/2004) |

| | | |
|---|---|---|
| 09/28/2004 | 204 | Not Approved--Order Shortening Time For Hearing on Emergency Motion to Convert (Related Doc # 199) signed on 9/28/2004. (Li, J.) (Entered: 09/29/2004) |
| 09/29/2004 | 203 | Meeting of Creditors & Notice of Appointment of Interim Trustee Gerald H. Davis with 341(a) meeting to be held on 10/27/2004 at 10:00 AM at Suite 630, Emerald Plaza Building, (Li, J.) (Entered: 09/29/2004) |
| 09/29/2004 | 205 | Court Certificate of Mailing (related documents 203 Meeting of Creditors Chapter 7) Service Date 10/01/2004. (Admin.) (Entered: 10/01/2004) |
| 10/12/2004 | 206 | Notice of Appeal *To United States District Court* Fee Amount $ 255 filed by Jeffrey D. Schreiber on behalf of Ixpres.Com, Inc.. Appeal Designation Due By: 10/22/2004. Statement of Issues Due By: 10/22/2004. Appellee Designation Due By: 11/1/2004. Record Transmission due by 11/29/2004, (Attachments: # 1 Proof of Service) (Schreiber, Jeffrey) (Entered: 10/12/2004) |
| 10/12/2004 | 207 | Receipt of Notice of Appeal(01-09283-LA) [appeal,97] ( 255.00) Filing Fee. Receipt number 1818061. Fee Amount 255.00 (U.S. Treasury) (Entered: 10/12/2004) |
| 10/26/2004 | 208 | Report *List Of Unpaid Debts By Debtor-In-Possession* filed by Jeffrey D. Schreiber on behalf of Ixpres.Com, Inc.. (Attachments: # 1 Proof of Service) (Schreiber, Jeffrey) (Entered: 10/26/2004) |
| 10/28/2004 | 209 | Notice of Continuance of First Meeting of Creditors on 11/24/2004 at 2:00 PM at Suite 630, Emerald Plaza Building, (Davis, Gerald) (Entered: 10/28/2004) |
| 10/28/2004 | 210 | Notice of Referral of Appeal to the United States District Court with service. BK Appeal No: 1 (Attachments: # 1 Transmittal Memorandum) (related documents 206 Notice of Appeal, ) (Herbold, K.) (Entered: 10/28/2004) |

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

November 4, 2004

Michael T. O'Halloran, Esq.
1010 2nd Ave., Ste 1727
San Diego, CA 92101

Jeffrey D. Schreiber, Esq.
4225 Executive Squ. Ste 1500
La Jolla, CA 92037

| | |
|---|---|
| RE: | Ixpres.com vs. American Digital Network |
| Bankruptcy Case Number: | 01-09283 |
| BAP Case Number: | N/A |

You are hereby notified that the above entitled case was on 11/02/04 transferred from the USBC, San Diego to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Miller, and on all future filings please show the case number as 04cv2200JM(JFS).

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
Samuel Day, Deputy Clerk

cc: Bankruptcy Court

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**
NOV 2 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Ixpress.com, Inc.

**DEFENDANTS**
American Digital Network

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Jeffrey D. Schreiber
4225 Executive Square Suite 1550
La Jolla, CA 92037
877-749-0000

**ATTORNEYS (IF KNOWN)**
'04 CV 2200 JM (JFS)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 US 158(a)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 11/2/04
[signature]